| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Ditech Financial LLC | Order Filed on October 17, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>     Ogborne, Suzanne K. | Case No:  16-17165 KCF<br><br>Chapter: 13<br><br>Hearing Date:  N/A<br>Judge:  Kathryn C. Ferguson |

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: October 17, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

2

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case on behalf of Ditech Financial LLC fka Green Tree Servicing LLC, and regarding the Proof of Claim #8-1 and Exhibits, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*