Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−17165−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Suzanne K. Ogborne
26 Millay Rd
Morganville, NJ 07751−1456

Social Security No.:
xxx−xx−6141

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

36 − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 26 Millay Road, Marlboro Township NJ 07751. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, FSB, et al, 33 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 07/3/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) (Caine, Brian)

Dated: 6/27/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court