Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

      Case No.: 16−17165−KCF
      Chapter: 13
      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne K. Ogborne
   26 Millay Rd
   Morganville, NJ 07751−1456

Social Security No.:
   xxx−xx−6141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*36* − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 26 Millay Road, Marlboro Township NJ 07751. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, FSB, et al, 33 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 07/3/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) (Caine, Brian)

Dated: 6/27/18

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Suzanne K. Ogborne  
    Debtor

Case No. 16-17165-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                Page 1 of 1              Date Rcvd: Jun 27, 2018
                            Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db            Suzanne K. Ogborne,    26 Millay Rd,    Morganville, NJ  07751-1456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor Suzanne K. Ogborne rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                                                                       TOTAL: 5