UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 985-4059
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns

**Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SUZANNE K. OGBORNE

CASE NO. 16-17165-KCF
Chapter: 13
Hearing: July 11, 2018
Judge: FERGUSON

**ORDER RESOLVING WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors:  SUZANNE K. OGBORNE
Case No:  16-17165-KCF
Caption of Order:  Order Resolving Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

Upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns, (hereinafter "Movant") certification of default under the terms of a prior stipulation entered between the debtor and the Movant and Movant's application for an order relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of July 10, 2018, the Debtors are due for the April 1, 2018 through and including July 1, 2018 post-petition payments which total **$6,776.96**:

> 4 months @ $2,097.28 (4/18-7/18):   $8,389.12
> Suspense:                           ($1,612.16)

Said arrearages shall be cured by Debtors as follows:

Commencing with the August 1, 2018 monthly post-petition mortgage payment and continuing each month thereafter through and including the October 1, 2018 monthly post-petition mortgage payment, Debtors shall cure the aforesaid arrearages by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $2,258.99 which represents 1/3 of the total sum of the post-petition arrearages.

**(Page 3)**

Debtors:  SUZANNE K. OGBORNE

Case No:  16-17165-KCF

Caption of Order:  Order Resolving Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

2. Commencing with the November 1, 2018 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

3. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $300.00 for attorney's fees incurred by Movant in the prosecution of its certification for relief from stay.

4. **Default Clause:**    If the Debtor should default and fail to make either:

   A) The three (3) cure payments stated in paragraph 1 herein to Movant for more than fifteen (15) days from the due date, or

   B) The regular monthly payments stated in paragraph 2 herein to Movant for more than thirty (30) days from the due date,

Then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 26 Millay Road, Marlboro Township NJ 07751.  The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

5. Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Suzanne K. Ogborne  
    Debtor

Case No. 16-17165-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.  
db         Suzanne K. Ogborne,    26 Millay Rd,    Morganville, NJ    07751-1456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al  
         bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Robert C. Nisenson    on behalf of Debtor Suzanne K. Ogborne rnisenson@aol.com,  
         nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
                                                                                            TOTAL: 5