Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−17165−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne K. Ogborne
   26 Millay Rd
   Morganville, NJ 07751−1456

Social Security No.:
   xxx−xx−6141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/13/19 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 26 Millay Road, Marlboro Township NJ 07751. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, FSB, et al, 33 Order on Motion For Relief From Stay, 36 Creditor's Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, et al, 40 Order (Generic)) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 01/11/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Caine, Brian)

Dated: 1/10/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court