Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–17165–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne K. Ogborne
   26 Millay Rd
   Morganville, NJ 07751–1456

Social Security No.:
   xxx–xx–6141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/13/19 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 26 Millay Road, Marlboro Township NJ 07751. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, FSB, et al, 33 Order on Motion For Relief From Stay, 36 Creditor's Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, et al, 40 Order (Generic)) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, FSB, et al. Objection deadline is 01/11/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Caine, Brian)

Dated: 1/10/19

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Suzanne K. Ogborne  
    Debtor

Case No. 16-17165-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2019  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db          Suzanne K. Ogborne,    26 Millay Rd,    Morganville, NJ   07751-1456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Brian E Caine     on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al  
          bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Robert C. Nisenson     on behalf of Debtor Suzanne K. Ogborne rnisenson@aol.com,  
          nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
                                                                                                                      TOTAL: 5