UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns

Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SUZANNE K. OGBORNE

Case No. 16-17165
Chapter 13

Judge: FERGUSON

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors: Suzanne K. Ogborne
Case No: 16-17165-KCF
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the Certification of Default of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*26 Millay Road, Marlboro Township, New Jersey 07751*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

United States Bankruptcy Court
District of New Jersey

In re:  
Suzanne K. Ogborne  
    Debtor

Case No. 16-17165-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 01, 2019  
    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db     Suzanne K. Ogborne,   26 Millay Rd,   Morganville, NJ   07751-1456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
    Albert   Russo    docs@russotrustee.com  
    Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
    Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Robert C. Nisenson    on behalf of Debtor Suzanne K. Ogborne rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
    TOTAL: 5