Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 16–17165–KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Suzanne K. Ogborne  
26 Millay Rd  
Morganville, NJ 07751–1456

Social Security No.:  
xxx–xx–6141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 3/27/19 at 09:00 AM

to consider and act upon the following:

*47* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/7/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court