Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–17165–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne K. Ogborne
   26 Millay Rd
   Morganville, NJ 07751–1456

Social Security No.:
   xxx–xx–6141

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2019
JAN: dmi

                                                        Jeanne Naughton
                                                        Clerk

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                                    Case No. 16-17165-KCF
Suzanne K. Ogborne                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Mar 29, 2019
                               Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db              Suzanne K. Ogborne,    26 Millay Rd,    Morganville, NJ 07751-1456
516118829       1st National Bank of Omaha,    C/O Ryan E. Calef & Assoc.,    4340 S. Monaco Second Floor,
                 Denver, CO 80237
516340992       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516118834      +Ditech Financial Llc,    C/O McCabe, Weisberg & Conway,    216 Haddon Ave Ste 201,
                 Westmont, NJ 08108-2818
516118842      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516715851       Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
516715852      +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    Wilmington Savings Fund Society, FSB,
                 c/o Rushmore Loan Management Services 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 23:17:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 23:17:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516118830      +EDI: CAPITALONE.COM Mar 30 2019 03:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516165172       EDI: CAPITALONE.COM Mar 30 2019 03:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516322576       EDI: BL-BECKET.COM Mar 30 2019 03:03:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516174172      +EDI: PRA.COM Mar 30 2019 03:03:00      Comenity Bank/King Size         $2,722,
                 C/O Portfolio Recovery Associates, LLC,    130 Corporate Boulecvard,    Norfolk, VA 23502-4952
516118832      +EDI: WFNNB.COM Mar 30 2019 03:03:00      Comenity Bank/King Sizes,    Po Box 182125,
                 Columbus, OH 43218-2125
516118833      +EDI: WFNNB.COM Mar 30 2019 03:03:00      Comenity Bank/Kings Sizes,    Po Box 182125,
                 Columbus, OH 43218-2125
516346438       E-mail/Text: bankruptcy.bnc@ditech.com Mar 29 2019 23:17:14     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, South Dakota 57709-6154
516463006       E-mail/Text: bankruptcy.bnc@ditech.com Mar 29 2019 23:17:14
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
516118835      +EDI: CBSKOHLS.COM Mar 30 2019 03:03:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
516118835      +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 23:17:05     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516170481       EDI: MERRICKBANK.COM Mar 30 2019 03:03:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516198737      +EDI: MID8.COM Mar 30 2019 03:03:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516118836       EDI: URSI.COM Mar 30 2019 03:03:00      Macys,    C/O United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
516118837      +EDI: MERRICKBANK.COM Mar 30 2019 03:03:00      Merrick Bank/Geico Card,    Po Box 23356,
                 Pittsburg, PA 15222-6356
516118838       EDI: PRA.COM Mar 30 2019 03:03:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516345880       EDI: PRA.COM Mar 30 2019 03:03:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,    Norfolk VA 23541
516118839      +EDI: MID8.COM Mar 30 2019 03:03:00      QVC,    C/O Midland Credit Management Inc,
                 2365 Northside drive ste 300,    San Diego, CA 92108-2709
516118840      +EDI: RESURGENT.COM Mar 30 2019 03:03:00      Square One Financial/Cach Llc,    4340 S Monaco St,
                 2nd Floor,    Denver, CO 80237-3485
516118841      +EDI: PRA.COM Mar 30 2019 03:03:00      Synchrony Bank/ Amazon.com,
                 C/O Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502-4952
516118843      +EDI: BLUESTEM Mar 30 2019 03:03:00      Webbank/Fingerhut,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 22
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516118831*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2019
                               Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Suzanne K. Ogborne rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                             TOTAL: 5
```